```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION


LARRY DAVIS,                    )
                                )
            Plaintiff,          )
                                )
      vs.                       )     No. 4:06-CV-165 (CEJ)
                                )
THE MEDVE GROUP, INC.,          )
                                )
            Defendant.          )
```

### ORDER

In accordance with the stipulation of the parties,

**IT IS HEREBY ORDERED** that plaintiff's complaint is **dismissed with prejudice**. The parties shall bear their own costs and attorneys' fees.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE


Dated this 11th day of January, 2007.